IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA JEAN MORRIS, and FRED MORRIS, | ) ) ) | |
| Plaintiffs, | ) ) | 7:08CV5009 |
| V. | ) ) | |
| KOLEASECO, INC., and DEREK J. WILLIS, | ) ) ) ) | **FINAL SCHEDULING ORDER** |
| Defendants. | ) | |

On the Court's own motion,

IT IS ORDERED that:

1)    With the agreement of Judge Piester, the Chief Judge and the other district judges, Judge Kopf has begun handling all magistrate matters previously handled by Judge Piester. Judge Kopf will do so for the foreseeable future regarding his own cases as well as cases assigned to other district judges. Thus, any magistrate matters previously handled by Judge Piester will be handled by Judge Kopf alone unless otherwise ordered and that is true for cases assigned to Judge Kopf and it is also true for cases assigned to other district judges. However, the district judge assigned to try this case has not changed.

2)    No telephonic planning conference will be held to discuss the progression of this case to trial. On the contrary, a final progression order is now issued as set forth in the following paragraph.

3)    The final progression order is as follows:

a.    A jury trial is set to commence on February 8, 2010 in North Platte, Nebraska. No more than 3 days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b.    The pretrial conference will be held before a magistrate judge in chambers, third floor, United States Post Office and Federal Building, 300 East 3rd

Street, North Platte, Nebraska on January 11, 2010 at 2:30 p.m.  One hour is allocated to this conference.  Counsel shall provide the magistrate judge with a draft pretrial conference order on or before January 6, 2010 and the draft order shall conform to the requirements of the local rules.

c.     According to the court's record, (filing nos. 21 & 22), the parties have already served their mandatory disclosures.

d.     The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is:

|                            |                    |
|----------------------------|--------------------|
| By plaintiffs:             | September 1, 2009. |
| By defendants:             | October 1, 2009.   |
| Plaintiff's rebuttal expert: | October 15, 2009.  |

e.     The discovery and deposition deadline is October 30, 2009.  Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

f.     The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is November 13, 2009.

g.     Motions in limine shall be filed five business days prior to trial.  It is not the normal practice to hold hearings on motions in limine or to rule on them in advance.   Counsel should plan accordingly.

h.     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

i.     Counsel may contact Judge Kopf by arranging a telephone conference with Kris Leininger of Judge Kopf's chambers (at 402-437-1640) should they have any objections or questions about this order or should other issues subsequently arise that may delay or frustrate the prompt and fair resolution of this case.

DATED this 13th day of July, 2009.          BY THE COURT:

                                            s/Richard G. Kopf
                                            United States District Judge